# ORIGINAL

# CV 18-4585

**COGAN, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Elizabeth J Johnson*
*19-19 Haven Street*
*East Elmhurst N X 11370*

Plaintiff,

[Insert full name of plaintiff/prisoner]

### CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES ✓_____  NO _____

-against-

*State Attorney General*
*Civil Division office*
*120 Broadway*
*New York New York*
*10271*

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

RECEIVED
AUG 10 2018
PRO SE OFFICE

I.    **Parties:**  (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff *Elizabeth J Johnson*

If you are incarcerated, provide the name of the facility and address:

*Rose M Singer Center*
*19-19 Haven Street*
*East Elmhurst N X 11370*

Prisoner ID Number: _____

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Williams E Garnlte
Full Name

Honorabl Judge
Job Title

26 central Ave Richmond county
Supenier court Staten Island NYC 10301
Address

Defendant No. 2

Karen Wolffe
Full Name

Honorable Judge
Job Title

Richmond Trmee Family count
Richmond county staten Island NYC 10301
Address

Defendant No. 3

Micheal McMahon
Full Name

District Attorney
Job Title

130 Stuyvesand pl #7 Richmond county

_Staten Island N Y C 10301_
Address

**Defendant No. 4**

_A   C   S department_
Full Name

_Children Service_
Job Title

_St. mark Place Richmond county_
_Staten Island N Y C 10301_
Address

**Defendant No. 5**

_Probation department_
Full Name

_Probation_
Job Title

_340 Bay Street Richmon county_
_Staten Island N Y C 10301_
Address

## II.   Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _130 Shutvesant Pl # 7 S.I NY_

_10301 Richmond count_

When did the events happen? (include approximate time and date) _10/15/2013_

_D.A office 9:30am at 12:30pm to 12:85_

_precent 10/15/2013 1pm to 5pm_

U-10CV-1205

| | |
|---|---|
| Exhibit 2 AS part one | Adress upon) to part one) 8 months pregnant, put me in Jail. with out a proper investigation at 120 precent S.I UXc 10801. However: I stayed in Jail for 6 hours before they took in front of the Judge Myers who Charge me with Grand Larceny and falsify documents. |
| Exhibit AS part one | This issue started when I decide to let Section (8) known about what ever going on, about the bedrooms I was living which is 2bedrooms, but I was paying postion & rent for 4bedrooms. Therefore: I inform Section (8) about the Stituation is were my landlord who name is Mr, Emmuel Jay Guinures who went to the D, A. office, he and write a False statement against me. After my landlord gave a Statement to the Detectine who he known at the D, A office of Staten Island, She process me with out a proper investigation, this is how I was change with the Criminal Case. |
| Exhibit Apart One | Before: this Ughtman I do called 311 for inspection at 116 wakefield Ane Staten Island UXc 10314 to Make show about My amount & rooms I was living in. During that time my mother Doctor send a order to the Homecare agency company who is Chain Avenc planing corencii to let someone work for my My Mother. This is how mr, Robert Battaglia came into My House which I have documents to Show this Court. |
| Exhibit part one, | when he started working for my mother I went to Section (8) to asked them at the Brooklyn office, this Man was send to work for my mother, |

1-18 CV 1205

Exhibit what I need to do, and the office of Section 8 told me must give letter of combination, since then Mr. Robert BATTIPAGLIS stated One giving the letter of combination, in 2010.

Exhibit therefore I am kindly asking your respectly office please, my section (8) records.
As part One finding

Exhibit part (2) After my Grand son death, my husband was arrested and taking to Jail after his bury, order by the Honorable Judge Karen wolf. while my crow in custody ACS and the Judge took my 11months old baby away from her daycare at Richmond Ave big brids daycare 9/2014. upon the Release of husband my baby was taking to Foster care, and was removed out of my household at the same time.

Exhibit For pass 2 years me and my house was going to Family court in front Honorable Judge Kare wolf. I still yet cant understand why me and my husband must go to court for my Grand son, because it was a negative from state New York and the City New York was responable for my Grand son death. on both my hacuxer name is Anthony Chatchink. cases

18-cv-04585

**Exhibit** The reason why I do states on both states of New York and the city of New York is because mother bury group family daycare

**As part Two Binding** at 51 Malte Park way S.I N.Y.C 10303 they knew that Mo had many violations on the daycare, but they still yet passed the inspection on 1/1/2014 after my Grand son drowned and died in the Adults pool at the back yard of the day care. From 9/28/14, the Judge and ACS constantly sending my husband and me for drugs test, until 2016, all result come Negative.

**Exhibit** on 9/5/17 I received a letter from the court I must reported to the Supervior curent on 9/14/17.

**As part Three** I went there 9/14/17 at 9:30, when I got there probation voluntary nob for not complementing my community service, paying restituation, by me called police during my Accident, where two little once jump in front my car, they sent me to Jail with a proper investigation again. when I release, I did everything the Judge asked to do, by being restitution up to date, doing my community Service and signing at the bail bond office every week, but on 2/26/18 the Judge Jail again on the same, 4 changes. whereby I finish everything the Honorable asked to do. right here I am sentence for a year No want to take care of 4 year old daughter, like me, now my sister has is helping me but she want my daughter Now. For reason I am

**Exhibit** Kindly asking this court to please release
**As part three** as soon as possible, Hope to consider
my request

**Ending** its Elizabeth Johnson.

EXHIBIT

AS
Page
three

4/25/2018

The State Commission Judicial
Conduct

appeal My Case N-10 CV 1205
Elizabeth Johnson 5411800363
Rose m Singer Center
19-19 Hacen 87
Elmhurst NY 11370

Dear Sir, or Madam
    I Elizabeth Johnson, am writing your office
for the 3rd time by appealing my case on the probation
Voilation. However: I was send to Jail last Year
on 9/10/17, on the same probation Voilation Case,
whereby I do saver my time for 2 months
and I was release on the 11/1/17.
Before: My release I do pay $500.00
dollar 11/1/17 to the Court in Front of The
Judge, the Honorable williams E. Garnette.
Since then the Honorable Judge w. lliams E
Garnette, been rescheddual me For Court dates,

AS
part
three

which include 11/17/17, 12/15/17, 1/15/18 2/26/18.
11/17/17 the Honorable Judge williams E. Garritte
do asked me to pay $2000, co-dollar & pay.
Therefore: the Judge asked me to pay
$2000, co-dollar on the 12/15/17 & pay.
Moreover: the Honorable asked me to pay
another $2000, co-dollar but, I do pay $1500.
However: After paying for both 11, 12 1, my family
was in a very difficulty time and I do write the
Judge twice but He disquine my letter's.
The Judge reschedued me for another Court date
for 2/26/18, and I do put in an Emergency
motion at 500 pearl Street, and the Honrvable
received the motion and He Denien me.
because He asked me to pay $1070, co
on the 2/26/18, I was sent back in jail,
on the Same charges I Saver 2 months for.
I felt that the Justice System fail me,
during my incaration at Rose M Singer center.
Begining 2/26/18 the Honorable Judge
williams E. Garritte, took the Criminal
Case, to the Superme Court en his desk
for trail en probation Voilation. However:
I was on bail bond for the Same case
probation voilaliing on the 9/14/17, and
I was release 11/1/17.

Exhibit
AS
part
Mince

during my release I did what the Honorable Judge Williams to, Garnette Expected of my by complete my Community Service, paying my Restitution up to date!

However: the Honorable Judge allow probation to put me on trail through his Court Falsely by asking me to take a plea deal, on both of my Cases, which is assult and incident Case. Moreover: I Elizabeth Johnson do Requested for a video Survalice Footer on both cases which I believe will be Enough Evidence to proved my case innocerely. Whereas: the Judge did refused my Request.

How kind a Judge will refused such inportant information were Means a hat to the Case, during my Superller Court probation violation hearing. But, the Judge said He believe what People are Sayingee. Everdo: I was denien by my Lawyer and the Judge who give me the 18-B Lawyer who does

Exhibit
As
part
three

favor of the D.A. and the probation. Wheres. the Judge Sentence me for a year at Rose M. Singer Center at 4EB, and Stay waiting for a trial in my crimial Case. Covid the Current System be meanifully reformed for Example what if all the evidence, could been seen in court there for I will not be Sentence. This is why I am Kindly asking your respect offices to please take a serious look at my appeal as soon as possible. Although plea bargans provide clear advantages in a critical Evidence but not in my cases. people accused about there Crimes, but they refused to show the right important information to I do requested for. Its my primary Concern why I felt my cases deserves real Justice, Its why I'm appealing my cases.    Hopefully my appeal will be Consider as soon as possible

Its
Elizabeth
Johnson

Before
This 8th day of ___ 2018

Exhibit
AS
Part
Place
Ending

M- 10CV 1205

2/28/2018

Civil Right Division unit
Washington D.C
950 pennsylvania Avenu
Northwest washington Dc
10305

Elizabeth Johnson
116 wakefield Ave
Staten Island N.Y.C
10314

Dear Sir,

I Elizabeth Johnson, am asking your office
to take a Serious look at my Second letter. Iam
writing to your office For Immediate attention on many
Issue, I been going with staten Island Borough at 26 central
Ave Richmond County Superior court with Honorable Judge
williams E Garnette who been violating, my rights and
harasing me and my family since 2015 to this present.
therefore it all Started with my Section (8) case whereby
I did take a plea deal so I can't go to Jail For
those reason (1) my mother was a Homebound person
who can't be Left only very sick at that time
and my daughter was, 11 months old living on
breastmilk and my husband was, working
both Shifes, these are the reason why I took the

Exhibit
AS
Part
three

plea deal. Because I wanted to Stay with my Family. However, Since I took this plea deal it has been a nightmar over my whole Family, including my little girl who is 4 years old how. 9/14/2017 I did received a letter form the Honorable Judge williams D Garnell asking me to reported in his Court Room 9/15/17 at 9:30 I did when I got there Judge asked me to pay $ 10,000 dollar otherwise I will be Sent to Jail, I did plea with Honorable Judge by telling him my mother Health Condition and bad season how I have $ 5000.00 dollars to give him and he refuse the money, and send me to Jail while I was in Jail my mother died on me. I wrote to the Judge asking him for timethpy on my mother bredly and child who was at Home with Father and How He refuse For the second time 9/28/17. Soon after my mother passed away on me 10/20/17 the Judge release me on the Same money, which is $ 5000.00 11/1/17. However, since then I had paye up to $ 10,800 dollars but still he asking For more money and He keep Scheduling me For court dates For me to pay money evertime I go to court. The Honorable Judge Scheduled me For another count date on the 2/26/17 asking me to pay $10,000.00 and I put in for an Emergency Motion and He received the Motion order and denied it, Send me back to Jail again.

Exhibit

AS
part
Three

I when back to court 3/9/18 and my Husband pay $ 10 TO,.co and the Judge refuse to release and Sent back Jail. Moreover: the Judge on the 3/9/18 when I when back into the court the Judge, D.A and probation officers was laugh at me in the court room, and sent me back to Jail. the Judge rescheduled me on 3/14/18 and He ask my to pay another $ 1000,.co dollars, than when arrived into the court He asked to plea guilte to a incerted case I do refuse, and He Sent me back to Jail. Furthermore, we have a written agreement Stating that I most pay $ 4.0800 per month and I have already pay $ 1400, (.co) this is why I am kindly asking your hospected office to please take this to your Court because the Judge Scheduled for a "trail on the 3/29/18 but its pleasing to me, this I am trying to bring this situation to your attention Immeidatly before 3/29/18. I am asking Your office to please take a Serious action on this issue please I Need Justice From this office as soon as posi possible. thanks

its Elizabeth
     Johnson

M = 10 CV 1208

Facts: (what happened?) Address upon Section 87 case, Started on 10/6/13    See attachment provided as Exhibit 1

my husband Found a Nite on the Step in front our house, when he opened it, its read S. Elizabeth Johnson must Report at D.A. office at 130 Stillwell Pl -#7 Richmond cirout Staten Island on 10/15/13. I were there on voluntarly on 10/15/13 and sign in. while waiting the Detective asked me to come with her in the waiting room, I stay there for 2 hours then she asked me if I able to go with her at the 180 precient. when we got there she asked the officer to hand cuffe me which is illegal, 8 months was pregnet. 7/24/14 My Grand Sin who hame    See attachment provided as Exhibit 2   is Edward K Harris got drowned and died in his school daycare Adult pool at mother bury group Family daycare. After My Grand son death. My 11 months old baby girl and husband was takin fawuy by the & Honorable Judge Karmen wolffe for 2 Years. 9/14/17 I Elizabeth Johnson received a letter from the Honorable Judge williams E Garrette, saying that I must report at the court 9/14/17 when I got there the Judge asked me to $10,000 dollars, and I plead to the Judge please right now I able to pay $ 600,000, because my can be along Homeland and him Refuse sent    See attachment provided

II.A.   Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I Sustained 4 broken Arm by force whe the captain Robert's 1429 orderd a Male officer including a female officer to hand cuffs my hand which was Done with force, right there I Yelled in pain My hand and I walked on my tip toes in pain from 4RB to intake P.M HS- and they refused to take me to energency and they    See attachment provided

125A

TRIPLICATE

TRANSFER MADE BY

## THE CITY OF NEW YORK

### DEPARTMENT OF CORRECTION

### INMATE ASSIGNMENTS

FROM ....... 3/157B ........   TO ............................   DATE ...... 4/13/18 ......

| NUMBER | NAME | ASSIGNMENT |
|---|---|---|
| 3411 PR#2 | Johnson | Mosshole |
|  | Elizabeth | 1A 9 CM#1334 |
| 00003C3J1 |  |  |

| Signature of Block FROM: | Signature of Block TO: | APPROVED BY: |
|---|---|---|
| Correction Officer    Shield No. | Correction Officer    Shield No. | DEPUTY WARDEN    PER |

1A
injuries
pano one

| TRANSFER MADE BY | | | 125A |
| --- | --- | --- | --- |

**THE CITY OF NEW YORK**

**DEPARTMENT OF CORRECTION**

**INMATE ASSIGNMENTS**

M ...*4 East B*... TO ........................ DATE ...*4·25·18*...

| NUMBER | NAME | ASSIGNMENT |
| --- | --- | --- |
| *7118M363* | *Elizabeth Johnson* | *Jail on Stop* |
| | | *703* |
| | | |
| | | |
| *703955* | | *first work 40am* |

| ...nature of Block FROM: | Signature of Block TO: *McCoy 334* | APPROVED BY: |
| --- | --- | --- |
| ...rection Officer   Shield No. | Correction Officer   Shield No. | DEPUTY WARDEN   PER |

*I A
injuries
part one*



*I A Injuries part one*



**THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE**

19-19 Hazen Street
East Elmhurst, NY 11370
Phone #:
Fax:

| | | | |
|---|---|---|---|
| **Name:** | ELIZABETH JOHNSON | **Exam Date:** | 05/07/2018 11:46 AM |
| **Patient ID:** | 07703955J | **Exam Name:** | Forearm Left Ap, Lateral \| X14 |
| **DOB:** | 04/19/1961 | **Reason:** | |
| **Phone:** | | **Referrer:** | Rose M. Singer Center RMSC |
| **Acc #:** | 242333 | **2nd Referrer:** | |
| **Pt Status:** | Routine Patient | **Referrer #3:** | |
| **Primary Care Physician:** | | **Ordering Physician:** | |

CLINICAL HISTORY:  Trauma.

TECHNIQUE:  AP and lateral views of the forearm were obtained revealing the following:

FINDINGS:  There is old fracture deformity of the midshaft of the radius and ulna.  There appears to be bony bridging of the radius and ulna in the osseous consistent with deformity.  There is severe degenerative disease of the elbow with postsurgical changes and metallic clip in place.  There is degenerative disease of the wrist.  There are no acute fracture lines.

IMPRESSION:

Old trauma and postsurgical changes to the radius, ulna and elbow; there are no acute fractures demonstrated.

Report Electronically Signed by:  Michael Shapiro
Report Electronically Signed on:  05/08/2018 08:42 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | ELIZABETH JOHNSON | **Exam:** | Forearm Left Ap, Lateral \| X14 |
| **Patient ID:** | 07703955J | **Acc #:** | 242333 |
| **Completed Date:** | 05/07/2018 11:46 AM | **Interpreting Rad:** | Michael Shapiro |
| **Transcribed By:** | Vinod Kumar | **Dictated Date:** | 05/07/2018 08:07 AM |
| **Transcribed Date:** | 05/08/2018 08:07 AM | **Finalized Date:** | 05/08/2018 08:42 AM |
| **Technologist:** | Antonio Balillo | | |



07703955J
4/19/1961
57 YEAR
F

RIKERS ISLAND RM
Forearm   Left   Ap, Late
FOREARM
5/7/2018 11:26:35
2423

L

L

S: 348
C: 511
W: 1023

ge: 1 of 1                                         IM: 1001

cm

*1 14  pant one*



**THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE**

19-19 Hazen Street
East Elmhurst, NY 11370
Phone #:
Fax:

| | | | |
|---|---|---|---|
| **Name:** | ELIZABETH JOHNSON | **Exam Date:** | 05/07/2018 11:46 AM |
| **Patient ID:** | 07703955J | **Exam Name:** | Forearm Left Ap, Lateral | X14 |
| **DOB:** | 04/19/1961 | **Reason:** | |
| **Phone:** | | **Referrer:** | Rose M. Singer Center RMSC |
| **Acc #:** | 242333 | **2nd Referrer:** | |
| **Pt Status:** | Routine Patient | **Referrer #3:** | |
| **Primary Care Physician:** | | **Ordering Physician:** | |

CLINICAL HISTORY:  Trauma.

TECHNIQUE:  AP and lateral views of the forearm were obtained revealing the
following:

FINDINGS:  There is old fracture deformity of the midshaft of the radius and
ulna.  There appears to be bony bridging of the radius and ulna in the
osseous consistent with deformity.  There is severe degenerative disease of
the elbow with postsurgical changes and metallic clip in place.  There is
degenerative disease of the wrist.  There are no acute fracture lines.

IMPRESSION:

Old trauma and postsurgical changes to the radius, ulna and elbow; there are
no acute fractures demonstrated.

**Report Electronically Signed by:** Michael Shapiro
**Report Electronically Signed on:** 05/08/2018 08:42 AM

| | | | |
|---|---|---|---|
| **Patient Name:** | ELIZABETH JOHNSON | **Exam:** | Forearm Left Ap, Lateral | X14 |
| **Patient ID:** | 07703955J | **Acc #:** | 242333 |
| **Completed Date:** | 05/07/2018 11:46 AM | **Interpreting Rad:** | Michael Shapiro |
| **Transcribed By:** | Vinod Kumar | **Dictated Date:** | 05/07/2018 08:07 AM |
| **Transcribed Date:** | 05/08/2018 08:07 AM | **Finalized Date:** | 05/08/2018 08:42 AM |
| **Technologist:** | Antonio Balilo | | |



*Exhibit 1 A referral form copy*



# **REFERRAL**
## Consultation Request and Hospital Transfer Form

**Referral To Information:**

Specialty:
Provider Name:    Rose M. Singer Center RMSC
Facility:            Rose M. Singer Center

**Patient Information:**

Patient:        ELIZABETH JOHNSON
DOB:           04/19/1961
BookCase:     5411800363
NYSID:        07703955J
Facility:         Rose M. Singer Center
Housing Area: SOUTH 2B
MRN No:

**Referral From Information:**

Referral ID:           00001539023
Authorization Code:
Provider Name:      Zamilus Gaetan, MD
Date and Time:      04/21/2018
Priority:             Routine
Diagnosis:
Reason:              Patient advised to avoid lifting with right arm, no work x 5 days
Notes:

**Consulting Physician Information:**

Date of Service: _____4/21/18_____

Physician(Print Name): ___G. Zamilus___ Physician Signature: _____

**Please place findings and recommendations below (use additional paper if necessary):**

Summary View for JOHNSON, ELIZABETH                                    Page 1 of 5

*Exhibit 1A injuries part one*

# NYC HEALTH+HOSPITALS

**JOHNSON, ELIZABETH**
NYSID: 07703955J BookCase: 5411800363
Facility Code: RMSC Housing Area: EAST 4B
57 Y old Female, DOB: 04/19/1961
Account Number: 318869
116 WAKEFIELD, STATEN ISLAND, NY-10314

Insurance: Self Pay

**Appointment Facility: Rose M. Singer Center**

05/06/2018                              **Appointment Provider: Mohan Abraham, MD**

### Current Medications
Taking
● Amlodipine Besylate 5 MG Tablet Total
Dose: 1 tab Daily, first dose stat, stop date
05/20/2018, KOP: No, Drug Source:
Pharmacy

### Allergies
Cassava: hives: Allergy

### Reason for Appointment
1. Left elbow pain
2. HX of elbow elbow reconstruction in 1990

### History of Present Illness
TEMPLATES:

    Rikers Injury Report
Injury Report:
    General
        DOC Injury Report available? *Yes* /
        DOC Injury Report #: *2102* /
        Event Location: *Housing Area* /
        Intentionality: *Unintentional* /
        Cause: *DOC use of force/ alleged attack by staff* /
        Verified Injury: *Injury by history only* /
        Did the patient have a blow to the head? *No* /
        Did the patient ever lose consciousness? *No* /
        Was the patient ever dazed and confused after injury? *No* /
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

### Vital Signs

| BP | | |
|---|---|---|
| 158/88 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan Abraham |
| **Pulse** | | |
| 69 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan Abraham |
| **RR** | | |
| 16 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan Abraham |
| **Temp** | | |

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Mohan Abraham, MD   05/06/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**JOHNSON, ELIZA**

NYSID: 07703955J  BookCase: 54
Facility Code: RMSC  Housing Area
57 Y old  Female, DOB: (
Account Numb(
116 WAKEFIELD, STATEN ISLAND,

**Insurance: Self Pay**

**Appointment Facility: Rose M. Sin|**

05/06/2018                                          **Appointment Provider: Mohan Abra**

## Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total
Dose: 1 tab Daily, first dose stat, stop date
05/20/2018, KOP: No, Drug Source:
Pharmacy

## Allergies
Cassava: hives: Allergy

## Reason for Appointment
1. Left elbow pain
2. HX of elbow elbow reconstruction in 1990

## History of Present Illness
TEMPLATES:

 Rikers Injury Report
Injury Report:
 General
  DOC Injury Report available?  *Yes* /
  DOC Injury Report #:  *2102* /
  Event Location:  *Housing Area* /
  Intentionality:  *Unintentional* /
  Cause:  *DOC use of force/ alleged attack by staff* /
  Verified Injury:  *Injury by history only* /
  Did the patient have a blow to the head?  *No* /
  Did the patient ever lose consciousness?  *No* /
  Was the patient ever dazed and confused after injury?  *No*
VISIT COMPLEXITY SCALE:
 NON-INTAKE ACUITY
  Non-Intake Acuity Scale  *1: Uncomplicated sick call (med*
*renewal, referral request, single Chief Complaint) OR refusal*

## Vital Signs

| | BP | |
|---|---|---|
| 158/88 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan A |
| | **Pulse** | |
| 69 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan Al |
| | **RR** | |
| 16 | 05/06/2018 01:11:20 AM Eastern Standard Time | Mohan Al |
| | **Temp** | |

---

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Mohan Abraham, MD   05/0

*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

**NYSID:** 07703955J **BookCase:** 5411800363
**Facility Code:** RMSC **Housing Area:** EAST 4B
**Patient:** JOHNSON, ELIZABETH
**Account Number:** 318869

**Appointment Provider:** Carlota Joh

**DOB:** 04/19/1961 **Age:** 57 Y **Sex:** Female
**Phone:**
**Address:** 116 WAKEFIELD, STATEN ISLAND, NY-10314

**Date:** 0!

## Subjective:

**Chief Complaints:**
1. Injury#2110. 2. Patient has and old left elbow fx and had a use of force on 5/5/18. Pt has bee
the same and come to clinic with another alleged involvement in a Use of Force with DOC staff.. 3.
elbow pain and wants to go to ER..

**HPI:**
VISIT COMPLEXITY SCALE:
NON-INTAKE ACUITY
Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

**Medications:** Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy, Ibuprofen 400 MG Tablet Total Dose: 400mg Every Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy, Amlodipine Besylate 10 MG Tablet Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy

**Allergies:** Cassava: hives: Allergy.

## Objective:

**Vitals:**

| BP | | |
|---|---|---|
| 161/84 | 05/07/2018 09:22:20 PM Eastern Standard Time | Naw Paw Gay |
| **Pulse** | | |
| 71 | 05/07/2018 09:22:20 PM Eastern Standard Time | Naw Paw Gay |
| **RR** | | |
| 16 | 05/07/2018 09:22:20 PM Eastern Standard Time | Naw Paw Gay |
| **Temp** | | |
| 98.2 | 05/07/2018 09:22:20 PM Eastern Standard Time | Naw Paw Gay |
| **SaO2** | | |
| 100 | 05/07/2018 09:22:20 PM Eastern Standard Time | Naw Paw Gay |

**Examination:**
General Examination:
EXTREMITIES: Left arm Limited ROM due to pain in left elbow and arm. Left elbo + swe and tenderness. Left arm sling noted.

## Assessment:

**Assessment:**
1. Pain in limb - 729.5, Left arm and elbow

## Plan:

**1. Pain in limb**
Notes: Patient advised that preliminary xray report shows no new fx and final report is till pending. A

to keep hand in sling and continue NSAIDS.

**Disposition:**
Disposition: Return to Current Housing


**Appointment Provider:** Carlota John-Hull, MD
**Patient:** JOHNSON, ELIZABETH  **DOB:** 04/19/1961  **Date:** 05/07/2018



**Electronically signed by Carlota John-Hull MD on 05/07/2018 at 10:44 PM EDT**
**Sign off status: Completed**

**NYSID:** 07703955J  **BookCase:** 5411800363
**Facility Code:** RMSC  **Housing Area:** EAST 4B
**Patient:** JOHNSON, ELIZABETH
**Account Number:** 318869
**DOB:** 04/19/1961  **Age:** 57 Y  **Sex:** Female
**Phone:**
**Address:** 116 WAKEFIELD, STATEN ISLAND, NY-10314

**Appointment Provider:** Carlota John-Hull, MD

**Date:** 05/07/2018

## Subjective:

**Chief Complaints:**
　　1. Injury #2109. 2. See previous note..
**HPI:**
　　TEMPLATES:

　　　Rikers Injury Report
　　Injury Report:
　　　General
　　　　DOC Injury Report available?  *Yes /*
　　　　DOC Injury Report #:  *2110 /*
　　　　Event Location:  *Housing Area /*
　　　　Intentionality:  *Intentional /Can't determine ?*
　　　　Cause:  *DOC use of force/ alleged attack by staff /*
　　　　Verified Injury:  *Injury by history only /*
　　　　Did the patient have a blow to the head?  *No /*
　　　　Did the patient ever lose consciousness?  *No /*
　　　　Was the patient ever dazed and confused after injury?  *No /*
**Medications:** Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy, Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy, Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy
**Allergies:** Cassava: hives: Allergy.

## Objective:

## Assessment:

## Plan:

**Appointment Provider:** Carlota John-Hull, MD
**Patient:** JOHNSON, ELIZABETH  **DOB:** 04/19/1961  **Date:** 05/07/2018

**Electronically signed by Carlota John-Hull MD on 05/07/2018 at 10:54 PM EDT**
**Sign off status: Completed**



**JOHNSON, ELIZABETH**
NYSID: 07703955J BookCase: 5411800363
Facility Code: RMSC Housing Area: EAST 4B
57 Y old Female, DOB: 04/19/1961
Account Number: 318869
116 WAKEFIELD, STATEN ISLAND, NY-10314

Insurance: Self Pay

Appointment Facility: Rose M. Singer Center

05/08/2018                                                                 Colleen Vessell, MD

## Current Medications
### Taking
- Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy
- Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy
- Norvasc 10 MG Tablet Total Dose: 10mg give 10mg now, stop date 05/08/2018, Drug Source: RN/LPN DOT

## Allergies
Cassava: hives: Allergy

## Reason for Appointment
1. X-ray review

## History of Present Illness
Notes::

    57F with pain in her R elbow s/p a UOF who presented to clinic today c/o continued pain. The patient was seen by PA Roche, where she she became verbally aggressive and demanded to be placed in a cast because she feels that her arm is fractured. Also demanding to see the SMD. Prior to seeing the patient, I reviewed her imaging and did not see an acute fracture. A recent UrgiCare note was also appreciated, which did not see an acute fracture. I called them again today for further recommendations, as the offical report is not yet available. UrgiCare again confirmed that the pt has a healed proximal radio-ulnar fracture with multiple bony fragements seen in the soft tissues and bowing of te radius and ulna, all old. The recommended that she remain in the sling for 2-3 days, but should mobilze her elbow as soon as possible.

    During her encounter with PA Roche, her results were reviewed, but the pt continued to be verbally aggressive and was removed from clinic.

🗙

Electronically signed by Colleen Vessell , MD on 05/08/2018 at 11:54 AM EDT

Sign off status: Completed

Patient: JOHNSON, ELIZABETH    DOB: 04/19/1961    Progress Note: Colleen Vessell, MD    05/08/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 1:18-cv-04595-BMC-LB   Document 1   Filed 08/10/18   Page 29 of 58 PageID #: 29

**Addendum:**

05/08/2018 01:24 PM Vessell, Colleen > Correction: L elbow

Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8688

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Colleen Vessell, MD   05/08/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**JOHNSON, ELIZABETH**
NYSID: 07703955J  BookCase: 5411800363
Facility Code: RMSC  Housing Area: EAST 4B
57 Y old Female, DOB: 04/19/1961
Account Number: 318869
116 WAKEFIELD, STATEN ISLAND, NY-10314

Insurance: Self Pay

Appointment Facility: Rose M. Singer Center

05/08/2018

Colleen Vessell, MD

### Current Medications
**Taking**
- Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy
- Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy
- Norvasc 10 MG Tablet Total Dose: 10mg give 10mg now, stop date 05/08/2018, Drug Source: RN/LPN DOT

### Allergies
Cassava: hives: Allergy

### Reason for Appointment
1. X-ray review

### History of Present Illness
Notes::
    57F with pain in her R elbow s/p a UOF who presented to clinic today c/o continued pain. The patient was seen by PA Roche, where she became verbally aggressive and demanded to be placed in a cast because she feels that her arm is fractured. Also demanding to see the SMD. Prior to seeing the patient, I reviewed her imaging and did not see an acute fracture. A recent UrgiCare note was also appreciated, which did not see an acute fracture. I called them again today for further recommendations, as the offical report is not yet available. UrgiCare again confirmed that the pt has a healed proximal radio-ulnar fracture with multiple bony fragements seen in the soft tissues and bowing of te radius and ulna, all old. The recommended that she remain in the sling for 2-3 days, but should mobilze her elbow as soon as possible.

    During her encounter with PA Roche, her results were reviewed, but the pt continued to be verbally aggressive and was removed from clinic.

Electronically signed by Colleen Vessell , MD on 05/08/2018 at 11:54 AM EDT
Sign off status: Completed

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Colleen Vessell, MD   05/08/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Addendum:**
05/08/2018 01:24 PM Vessell, Colleen > Correction: L elbow

Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Colleen Vessell, MD   05/08/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**JOHNSON, ELIZABETH**
NYSID: 07703955J BookCase: 5411800363
Facility Code: RMSC Housing Area: EAST 4B
57 Y old Female, DOB: 04/19/1961
Account Number: 318869
116 WAKEFIELD, STATEN ISLAND, NY-10314

Insurance: Self Pay

Appointment Facility: Rose M. Singer Center

05/08/2018

Colleen Vessell, MD

## Current Medications
### Taking
- Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy
- Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy
- Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy
- Norvasc 10 MG Tablet Total Dose: 10mg give 10mg now, stop date 05/08/2018, KOP: No, Drug Source: RN/LPN DOT

## Allergies
Cassava: hives: Allergy

### Reason for Appointment
1. Pt concern for fracture

### History of Present Illness
Notes::
   Pt seen by me in clinic (please see my previous encounter). Briefly 57 F with a h/o reconstructive surgery on her L elbow and remote radioulnar fracture who p/w pain in her L forearm s/p a UOF. The pt was very tearful, repeatedly requesting a cast for her arm. I discussed with the patient that she does not have a fracture and does not require a cast at this time. I explained that she has chronic changes from her old fracture, and likely has soft tissue injury at the site of the UOF, but that she does not have any new injuries to her bones. The pt did not completely accept this explanation. She asked to have her forearm wrapped to help with the pain. Given the low risk of harm in placing an ACE wrap on her forearm and the significant emotional benefit that would be provided from placing it, her L forearm was placed in an ACE wrap. Encouraged the pt to remove the sling, exercise her arm several times a day, and take NSAIDs for pain control. The pt declined NSAIDs and was hesitant to remove the sling, but agreed to attempt exercise several times a day. Will also refer to PT.

### Assessments
1. Pain in unspecified joint – M25.50

### Treatment
**1. Pain in unspecified joint**
Referral To:PhysicalTherapy RMSC    PhysicalTh (Pending Approval)
       Reason:L forearm pain

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Colleen Vessell, MD   05/08/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   5/15/2018

Electronically signed by Colleen Vessell , MD on 05/08/2018 at 01:24 PM EDT

**Sign off status: Completed**

Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

Patient: JOHNSON, ELIZABETH   DOB: 04/19/1961   Progress Note: Colleen Vessell, MD   05/08/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**NYSID:** 07703955J  **BookCase:** 5411800363
**Facility Code:** RMSC  **Housing Area:** EAST 4B
**Patient:** JOHNSON, ELIZABETH
**Account Number:** 318869                    **Appointment Provider:** Carlota John-Hull, MD
**DOB:** 04/19/1961  **Age:** 57 Y  **Sex:** Female            **Date:** 05/07/2018
**Phone:**
**Address:** 116 WAKEFIELD, STATEN ISLAND, NY-10314

## Subjective:

**Chief Complaints:**
1. Duplicate progress note..

**Medications:** Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date
05/20/2018, KOP: No, Drug Source: Pharmacy, Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12
Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy, Amlodipine Besylate 10 MG Tablet Total
Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy

**Allergies:** Cassava: hives: Allergy.

## Objective:

## Assessment:

## Plan:

**Appointment Provider:** Carlota John-Hull, MD
**Patient:** JOHNSON, ELIZABETH  **DOB:** 04/19/1961  **Date:** 05/07/2018

**Electronically signed by Carlota John-Hull MD on 05/07/2018 at 10:30 PM EDT
Sign off status: Completed**

**NYSID:** 07703955J  **BookCase:** 5411800363
**Facility Code:** RMSC  **Housing Area:** EAST 4B
**Patient:** JOHNSON, ELIZABETH
**Account Number:** 318869
**DOB:** 04/19/1961  **Age:** 57 Y  **Sex:** Female                    **Appointment Provider:** Carlota John-Hull, MD
**Phone:**                                                                                      **Date:** 05/07/2018
**Address:** 116 WAKEFIELD, STATEN ISLAND, NY-10314

---

### Subjective:

**Chief Complaints:**
· 1. Duplicate progress note..

**Medications:** Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy, Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy, Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy

**Allergies:** Cassava, hives: Allergy.

### Objective:

### Assessment:

### Plan:

**Appointment Provider:** Carlota John-Hull, MD
**Patient:** JOHNSON, ELIZABETH  **DOB:** 04/19/1961  **Date:** 05/07/2018

**Electronically signed by Carlota John-Hull MD on 05/07/2018 at 10:30 PM EDT**
**Sign off status: Completed**

Page 1 of 1

**NYSID:** 07703955J   **BookCase:** 5411800363
**Facility Code:** RMSC   **Housing Area:** EAST 4B
**Patient:** JOHNSON, ELIZABETH
**Account Number:** 318869
**DOB:** 04/19/1961   **Age:** 57 Y   **Sex:** Female
**Phone:**
**Address:** 116 WAKEFIELD, STATEN ISLAND, NY-10314

**Appointment Provider:** Carlota John-Hull, MD

**Date:** 05/07/2018

## Subjective:

**Chief Complaints:**
1. Duplicate progress note..

**Medications:** Amlodipine Besylate 5 MG Tablet Total Dose: 1 tab Daily, first dose stat, stop date 05/20/2018, KOP: No, Drug Source: Pharmacy, Ibuprofen 400 MG Tablet Total Dose: 400mg Every 12 Hours, stop date 05/11/2018, KOP: No, Drug Source: Pharmacy, Amlodipine Besylate 10 MG Tablet Total Dose: 10 mg Once a day, stop date 06/06/2018, KOP: No, Drug Source: Pharmacy

**Allergies:** Cassava: hives: Allergy.

## Objective:

## Assessment:

## Plan:

**Appointment Provider:** Carlota John-Hull, MD
**Patient:** JOHNSON, ELIZABETH   **DOB:** 04/19/1961   **Date:** 05/07/2018

**Electronically signed by Carlota John-Hull MD on 05/07/2018 at 10:30 PM EDT**
**Sign off status: Completed**

| | NEC | | | | Lourdes |
|---|---|---|---|---|---|
| 729.5 | Pain in limb | Left arm and elbow | 04/20/2018 | 05/07/2018 | John-Hull, Carlota |
| 709.8 | Chapping skin | | 04/26/2018 | 04/26/2018 | Cantor, Lourdes |

## Medications

**Name strength formulation, Sig: take route frequency**

Amlodipine Besylate 10 MG Tablet, Total Dose: 10 mg Orally, 1 dose STAT Once a day Start Date: 05/07/2018 KOP: No DrugSource: Pharmacy

Ibuprofen 400 MG Tablet, Total Dose: 400mg Orally Every 12 Hours Start Date: 05/06/2018 KOP: No DrugSource: Pharmacy

Amlodipine Besylate 5 MG Tablet, Total Dose: 1 tab Orally Daily, first dose stat Start Date: 04/20/2018 KOP: No DrugSource: Pharmacy

## Surgical History

| Date | Reason |
|---|---|
| 2004 | ENT Surgery |
| 2004 | (L) UE Surgery |
| 2005 | Back Surgery |
| 2013 | C-Section |

## Vitals

| Name | Date | Value |
|---|---|---|
| Temp | 05/08/2018 | 97.0 |
| BP | 05/08/2018 | 180/87 |
| RR | 05/08/2018 | 16 |
| Pulse | 05/08/2018 | 73 |
| SaO2 | 05/08/2018 | 100 |

## Patient Encounters

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| **05/09/2018** | Sick Call | | |
| **05/09/2018** | Fast Track | Fast track | |
| **05/08/2018** | Indirect | Concern for fracture | Pain in unspecified joint |
| **05/08/2018** | Indirect | X-ray review | |
| **05/08/2018** | Indirect | Elbow pain | |
| **05/08/2018** | Sick Call | sc | Essential (primary) hypertension |
| **05/08/2018** | Optometry | Specialty Clinic opto. | |
| **05/08/2018** | MH Visit | Mental Health Intake 5/6 | |
| **05/07/2018** | Injury | Injury #2109 | |
| **05/07/2018** | Injury | Injury#2110 | |
| **05/07/2018** | Injury | injury#2110 | Pain in limb |
| **05/07/2018** | Dental | EXAM | |
| **05/07/2018** | Indirect | wrist/ forearm/ elbow/ no new fx noted | |
| **05/07/2018** | Sick Call | | Essential (primary) hypertension |
| | | | Pain in unspecified joint |
| **05/06/2018** | Injury | | Pain in unspecified joint |
| | | | Other specified disorders of synovium, left elbow |
| **04/26/2018** | Fast Track | | Chapping skin |
| | | | Presbyopia |
| | | | Disorder of teeth and supporting structures, unspecified |

**NYSID:** 07703955J   **BookCase:**
5411800363

**JOHNSON, ELIZABETH**
116 WAKEFIELD, STATEN ISLAND, NY 10314

**DOB:** 04/19/1961   **Age:** 57 Y   **Sex:**
female

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:**
**PCP:**

**Account No:** 318869
**Race:** Black
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:**



**Care Team:**

**Allergies :** Cassava - hives

## Medical History

### Active Problem List

| Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|---|
| RI50 | SMI - NO | | | | 10/24/2017 | 10/24/2017 | Fallon, Bryan |
| V72.31 | ROUTINE GYN EXAMINATION | | | | 10/08/2015 | 03/01/2018 | Bushelle, Andrea |
| V85.30 | BMI 30.0-30.9,ADULT | | | | 10/08/2015 | 10/08/2015 | Golbourne, Trevor |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | | African female with elevated bp x 2 ;denying h/o HTN. Her mother had a stroke. | 09/15/2017 | 10/06/2017 | Roche, Edzer |
| R03.0 | Elevated blood-pressure reading, without diagnosis of hypertension | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| 305.00 | Alcohol abuse NOS | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| V62.6 | REFUSAL OF TREATMENT | | | | 09/20/2017 | 09/20/2017 | Bushelle, Andrea |
| 787.91 | Diarrhea | | | | 10/06/2017 | 10/19/2017 | Roche, Edzer |
| 787.3 | Flatulence | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| I10 | Essential (primary) hypertension | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| M25.50 | Pain in unspecified joint | | | | 10/17/2017 | 05/06/2018 | Abraham, Mohan |
| K30 | Functional dyspepsia | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 701.1 | Hyperkeratosis | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 300.9 | Psychiatric situation | | | | 10/19/2017 | 10/19/2017 | Roche, Edzer |
| Z63.4 | Uncomplicated bereavement | | | | 10/23/2017 | 10/23/2017 | Truell, Cynthia |
| F41.9 | Anxiety disorder, unspecified | | | | 02/26/2018 | 02/26/2018 | John-Hull, Carlota |
| V67.01 | FOLLOW-UP VAG PAP SMEAR | | | | 03/07/2018 | 03/07/2018 | Bushelle, Andrea |
| H52.4 | Presbyopia | | | | 03/08/2018 | 03/08/2018 | Hyman, Barry |
| V70.8 | GENERAL MEDICAL EXAM | | | | 04/11/2018 | 04/11/2018 | Cantor, |

| | NEC | | | | Lourdes |
|---|---|---|---|---|---|
| 729.5 | Pain in limb | | Left arm and elbow | 04/20/2018 05/07/2018 | John-Hull, Carlota |
| 709.8 | Chapping skin | | | 04/26/2018 04/26/2018 | Cantor, Lourdes |

## Medications

**Name strength formulation, Sig: take route frequency**

Amlodipine Besylate 10 MG Tablet, Total Dose: 10 mg Orally, 1 dose STAT Once a day Start Date: 05/07/2018 KOP: No DrugSource: Pharmacy

Ibuprofen 400 MG Tablet, Total Dose: 400mg Orally Every 12 Hours Start Date: 05/06/2018 KOP: No DrugSource: Pharmacy

Amlodipine Besylate 5 MG Tablet, Total Dose: 1 tab Orally Daily, first dose stat Start Date: 04/20/2018 KOP: No DrugSource: Pharmacy

## Surgical History

| Date | Reason |
|---|---|
| 2004 | ENT Surgery |
| 2004 | (L) UE Surgery |
| 2005 | Back Surgery |
| 2013 | C-Section |

## Vitals

| Name | Date | Value |
|---|---|---|
| Temp | 05/08/2018 | 97.0 |
| BP | 05/08/2018 | 180/87 |
| RR | 05/08/2018 | 16 |
| Pulse | 05/08/2018 | 73 |
| SaO2 | 05/08/2018 | 100 |

## Patient Encounters

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| **05/09/2018** | Sick Call | | |
| **05/09/2018** | Fast Track | Fast track | |
| **05/08/2018** | Indirect | Concern for fracture | Pain in unspecified joint |
| **05/08/2018** | Indirect | X-ray review | |
| **05/08/2018** | Indirect | Elbow pain | |
| **05/08/2018** | Sick Call | sc | Essential (primary) hypertension |
| **05/08/2018** | Optometry | Specialty Clinic opto. | |
| **05/08/2018** | MH Visit | Mental Health Intake 5/6 | |
| **05/07/2018** | Injury | Injury #2109 | |
| **05/07/2018** | Injury | Injury#2110 | |
| **05/07/2018** | Injury | injury#2110 | Pain in limb |
| **05/07/2018** | Dental | EXAM | |
| **05/07/2018** | Indirect | wrist/ forearm/ elbow/ no new fx noted | |
| **05/07/2018** | Sick Call | | Essential (primary) hypertension Pain in unspecified joint |
| **05/06/2018** | Injury | | Pain in unspecified joint Other specified disorders of synovium, left elbow |
| **04/26/2018** | Fast Track | | Chapping skin Presbyopia Disorder of teeth and supporting structures, unspecified |

| | | NEC | | | | Lourdes |
|---|---|---|---|---|---|---|
| 729.5 | Pain in limb | | Left arm and elbow | 04/20/2018 | 05/07/2018 | John-Hull, Carlota |
| 709.8 | Chapping skin | | | 04/26/2018 | 04/26/2018 | Cantor, Lourdes |

## Medications

**Name strength formulation, Sig: take route frequency**
Amlodipine Besylate 10 MG Tablet, Total Dose: 10 mg Orally, 1 dose STAT Once a day Start Date: 05/07/2018 KOP: No DrugSource: Pharmacy
Ibuprofen 400 MG Tablet, Total Dose: 400mg Orally Every 12 Hours Start Date: 05/06/2018 KOP: No DrugSource: Pharmacy
Amlodipine Besylate 5 MG Tablet, Total Dose: 1 tab Orally Daily, first dose stat Start Date: 04/20/2018 KOP: No DrugSource: Pharmacy

## Surgical History

| Date | Reason |
|---|---|
| 2004 | ENT Surgery |
| 2004 | (L) UE Surgery |
| 2005 | Back Surgery |
| 2013 | C-Section |

## Vitals

| Name | Date | Value |
|---|---|---|
| Temp | 05/08/2018 | 97.0 |
| BP | 05/08/2018 | 180/87 |
| RR | 05/08/2018 | 16 |
| Pulse | 05/08/2018 | 73 |
| SaO2 | 05/08/2018 | 100 |

## Patient Encounters

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| 05/09/2018 | Sick Call | | |
| 05/09/2018 | Fast Track | Fast track | |
| 05/08/2018 | Indirect | Concern for fracture | Pain in unspecified joint |
| 05/08/2018 | Indirect | X-ray review | |
| 05/08/2018 | Indirect | Elbow pain | |
| 05/08/2018 | Sick Call | sc | Essential (primary) hypertension |
| 05/08/2018 | Optometry | Specialty Clinic opto. | |
| 05/08/2018 | MH Visit | Mental Health Intake 5/6 | |
| 05/07/2018 | Injury | Injury #2109 | |
| 05/07/2018 | Injury | Injury#2110 | |
| 05/07/2018 | Injury | injury#2110 | Pain in limb |
| 05/07/2018 | Dental | EXAM | |
| 05/07/2018 | Indirect | wrist/ forearm/ elbow/ no new fx noted | |
| 05/07/2018 | Sick Call | | Essential (primary) hypertension |
| | | | Pain in unspecified joint |
| 05/06/2018 | Injury | | Pain in unspecified joint |
| | | | Other specified disorders of synovium, left elbow |
| 04/26/2018 | Fast Track | | Chapping skin |
| | | | Presbyopia |
| | | | Disorder of teeth and supporting structures, unspecified |

| | NEC | | | | Lourdes |
|---|---|---|---|---|---|
| 729.5 | Pain in limb | Left arm and elbow | 04/20/2018 | 05/07/2018 | John-Hull, Carlota |
| 709.8 | Chapping skin | | 04/26/2018 | 04/26/2018 | Cantor, Lourdes |

## Medications

**Name strength formulation, Sig: take route frequency**

Amlodipine Besylate 10 MG Tablet, Total Dose: 10 mg Orally, 1 dose STAT Once a day Start Date: 05/07/2018 KOP: No DrugSource: Pharmacy

Ibuprofen 400 MG Tablet, Total Dose: 400mg Orally Every 12 Hours Start Date: 05/06/2018 KOP: No DrugSource: Pharmacy

Amlodipine Besylate 5 MG Tablet, Total Dose: 1 tab Orally Daily, first dose stat Start Date: 04/20/2018 KOP: No DrugSource: Pharmacy

## Surgical History

| Date | Reason |
|---|---|
| 2004 | ENT Surgery |
| 2004 | (L) UE Surgery |
| 2005 | Back Surgery |
| 2013 | C-Section |

## Vitals

| Name | Date | Value |
|---|---|---|
| Temp | 05/08/2018 | 97.0 |
| BP | 05/08/2018 | 180/87 |
| RR | 05/08/2018 | 16 |
| Pulse | 05/08/2018 | 73 |
| SaO2 | 05/08/2018 | 100 |

## Patient Encounters

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| 05/09/2018 | Sick Call | | |
| 05/09/2018 | Fast Track | Fast track | |
| 05/08/2018 | Indirect | Concern for fracture | Pain in unspecified joint |
| 05/08/2018 | Indirect | X-ray review | |
| 05/08/2018 | Indirect | Elbow pain | |
| 05/08/2018 | Sick Call | sc | Essential (primary) hypertension |
| 05/08/2018 | Optometry | Specialty Clinic opto. | |
| 05/08/2018 | MH Visit | Mental Health Intake 5/6 | |
| 05/07/2018 | Injury | Injury #2109 | |
| 05/07/2018 | Injury | Injury#2110 | |
| 05/07/2018 | Injury | injury#2110 | Pain in limb |
| 05/07/2018 | Dental | EXAM | |
| 05/07/2018 | Indirect | wrist/ forearm/ elbow/ no new fx noted | |
| 05/07/2018 | Sick Call | | Essential (primary) hypertension Pain in unspecified joint |
| 05/06/2018 | Injury | | Pain in unspecified joint Other specified disorders of synovium, left elbow |
| 04/26/2018 | Fast Track | | Chapping skin Presbyopia Disorder of teeth and supporting structures, unspecified |

**NYSID:** 07703955J   **BookCase:** 5411800363



## JOHNSON, ELIZABETH
116 WAKEFIELD, STATEN ISLAND, NY 10314

**DOB:** 04/19/1961   **Age:** 57 Y   **Sex:** female

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Care Team:**

**Allergies :**  Cassava - hives

**Primary Insurance:**
**PCP:**
**Account No:**  318869
**Race:**  Black
**Ethnicity:**   Not Hispanic or Latino
**Preferred Language:**

---

### Medical History
### Active Problem List

| Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
|------|------|-----------|---------|-------|----------|-------------|-------------|
| RI50 | SMI - NO | | | | 10/24/2017 | 10/24/2017 | Fallon, Bryan |
| V72.31 | ROUTINE GYN EXAMINATION | | | | 10/08/2015 | 03/01/2018 | Bushelle, Andrea |
| V85.30 | BMI 30.0-30.9,ADULT | | | | 10/08/2015 | 10/08/2015 | Golbourne, Trevor |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | | African female with elevated bp x 2 ;denying h/o HTN. Her mother had a stroke. | 09/15/2017 | 10/06/2017 | Roche, Edzer |
| R03.0 | Elevated blood-pressure reading, without diagnosis of hypertension | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| 305.00 | Alcohol abuse NOS | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| V62.6 | REFUSAL OF TREATMENT | | | | 09/20/2017 | 09/20/2017 | Bushelle, Andrea |
| 787.91 | Diarrhea | | | | 10/06/2017 | 10/19/2017 | Roche, Edzer |
| 787.3 | Flatulence | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| I10 | Essential (primary) hypertension | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| M25.50 | Pain in unspecified joint | | | | 10/17/2017 | 05/06/2018 | Abraham, Mohan |
| K30 | Functional dyspepsia | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 701.1 | Hyperkeratosis | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 300.9 | Psychiatric situation | | | | 10/19/2017 | 10/19/2017 | Roche, Edzer |
| Z63.4 | Uncomplicated bereavement | | | | 10/23/2017 | 10/23/2017 | Truell, Cynthia |
| F41.9 | Anxiety disorder, unspecified | | | | 02/26/2018 | 02/26/2018 | John-Hull, Carlota |
| V67.01 | FOLLOW-UP VAG PAP SMEAR | | | | 03/07/2018 | 03/07/2018 | Bushelle, Andrea |
| H52.4 | Presbyopia | | | | 03/08/2018 | 03/08/2018 | Hyman, Barry |
| V70.8 | GENERAL MEDICAL EXAM | | | | 04/11/2018 | 04/11/2018 | Cantor, |

**NYSID:** 07703955J   **BookCase:**
5411800363

**JOHNSON, ELIZABETH**
116 WAKEFIELD, STATEN ISLAND, NY 10314

**DOB:** 04/19/1961   **Age:** 57 Y   **Sex:**
female
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:**
**PCP:**
**Account No:** 318869
**Race:** Black
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:**



**Care Team:**

**Allergies :** Cassava - hives

| Medical History | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Active Problem List** | | | | | | | |
| Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
| RI50 | SMI - NO | | | | 10/24/2017 | 10/24/2017 | Fallon, Bryan |
| V72.31 | ROUTINE GYN EXAMINATION | | | | 10/08/2015 | 03/01/2018 | Bushelle, Andrea |
| V85.30 | BMI 30.0-30.9,ADULT | | | | 10/08/2015 | 10/08/2015 | Golbourne, Trevor |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | | African female with elevated bp x 2 ;denying h/o HTN. Her mother had a stroke. | 09/15/2017 | 10/06/2017 | Roche, Edzer |
| R03.0 | Elevated blood-pressure reading, without diagnosis of hypertension | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| 305.00 | Alcohol abuse NOS | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| V62.6 | REFUSAL OF TREATMENT | | | | 09/20/2017 | 09/20/2017 | Bushelle, Andrea |
| 787.91 | Diarrhea | | | | 10/06/2017 | 10/19/2017 | Roche, Edzer |
| 787.3 | Flatulence | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| I10 | Essential (primary) hypertension | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| M25.50 | Pain in unspecified joint | | | | 10/17/2017 | 05/06/2018 | Abraham, Mohan |
| K30 | Functional dyspepsia | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 701.1 | Hyperkeratosis | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 300.9 | Psychiatric situation | | | | 10/19/2017 | 10/19/2017 | Roche, Edzer |
| Z63.4 | Uncomplicated bereavement | | | | 10/23/2017 | 10/23/2017 | Truell, Cynthia |
| F41.9 | Anxiety disorder, unspecified | | | | 02/26/2018 | 02/26/2018 | John-Hull, Carlota |
| V67.01 | FOLLOW-UP VAG PAP SMEAR | | | | 03/07/2018 | 03/07/2018 | Bushelle, Andrea |
| H52.4 | Presbyopia | | | | 03/08/2018 | 03/08/2018 | Hyman, Barry |
| V70.8 | GENERAL MEDICAL EXAM | | | | 04/11/2018 | 04/11/2018 | Cantor, |

**NYSID:** 07703955J   **BookCase:**
5411800363

**JOHNSON, ELIZABETH**
116 WAKEFIELD, STATEN ISLAND, NY 10314
**DOB:** 04/19/1961   **Age:** 57 Y   **Sex:**
female
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:**
**PCP:**
**Account No:** 318869
**Race:** Black
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:**



**Care Team:**

**Allergies:** Cassava - hives

---

## Medical History

### Active Problem List

| Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
|------|------|-----------|---------|-------|----------|-------------|-------------|
| RI50 | SMI - NO | | | | 10/24/2017 | 10/24/2017 | Fallon, Bryan |
| V72.31 | ROUTINE GYN EXAMINATION | | | | 10/08/2015 | 03/01/2018 | Bushelle, Andrea |
| V85.30 | BMI 30.0-30.9,ADULT | | | | 10/08/2015 | 10/08/2015 | Golbourne, Trevor |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | | African female with elevated bp x 2 ;denying h/o HTN. Her mother had a stroke. | 09/15/2017 | 10/06/2017 | Roche, Edzer |
| R03.0 | Elevated blood-pressure reading, without diagnosis of hypertension | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| 305.00 | Alcohol abuse NOS | | | | 09/15/2017 | 09/15/2017 | Golbourne, Trevor |
| V62.6 | REFUSAL OF TREATMENT | | | | 09/20/2017 | 09/20/2017 | Bushelle, Andrea |
| 787.91 | Diarrhea | | | | 10/06/2017 | 10/19/2017 | Roche, Edzer |
| 787.3 | Flatulence | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| I10 | Essential (primary) hypertension | | | | 10/06/2017 | 10/06/2017 | Roche, Edzer |
| M25.50 | Pain in unspecified joint | | | | 10/17/2017 | 05/06/2018 | Abraham, Mohan |
| K30 | Functional dyspepsia | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 701.1 | Hyperkeratosis | | | | 10/17/2017 | 10/17/2017 | Seinwan, Milton |
| 300.9 | Psychiatric situation | | | | 10/19/2017 | 10/19/2017 | Roche, Edzer |
| Z63.4 | Uncomplicated bereavement | | | | 10/23/2017 | 10/23/2017 | Truell, Cynthia |
| F41.9 | Anxiety disorder, unspecified | | | | 02/26/2018 | 02/26/2018 | John-Hull, Carlota |
| V67.01 | FOLLOW-UP VAG PAP SMEAR | | | | 03/07/2018 | 03/07/2018 | Bushelle, Andrea |
| H52.4 | Presbyopia | | | | 03/08/2018 | 03/08/2018 | Hyman, Barry |
| V70.8 | GENERAL MEDICAL EXAM | | | | 04/11/2018 | 04/11/2018 | Cantor, |

Patient Summary

| Date | Type | Description | Diagnosis |
|---|---|---|---|
| 04/24/2018 | Indirect | contrast | |
| 04/24/2018 | Emergency | Chest Pain | Essential (primary) hypertension |
| 04/24/2018 | Emergency | emergency | Pain, unspecified |
| 04/21/2018 | Sick Call | Chest Pain | Unspecified symptoms and signs involving the musculoskeletal system |
| 04/20/2018 | Emergency | Right shoulderpain and dizziness | Pain in limb |
| | | | Essential (primary) hypertension |
| 04/16/2018 | Fast Track | [ FAST TRACK ] | Hyperkeratosis |
| | | | Other seborrheic keratosis |
| | | | Xerosis cutis |
| 04/11/2018 | MedicalAO | | GENERAL MEDICAL EXAM NEC |
| 04/07/2018 | MH Visit | Mental Health Intake ref 4/4 | |
| 04/04/2018 | MH Visit | Mental Health Intake | |
| 04/03/2018 | MH Visit | Mental Health Intake 3/31 | |
| 03/08/2018 | Optometry | Specialty Clinic opto. | Hypermetropia, bilateral |
| | | | Regular astigmatism, left eye |
| | | | Presbyopia |
| 03/06/2018 | Fast Track | fast track | Diagnosis deferred |
| 03/06/2018 | Gynecology | women's health clinic | FOLLOW-UP VAG PAP SMEAR |
| 03/01/2018 | MH Visit | Mental Health Intake 2/27 | |
| 03/01/2018 | Nursing | BP Check x3 days | |
| 03/01/2018 | Gynecology | women's health clinic | ROUTINE GYN EXAMINATION |
| 02/27/2018 | MH Visit | Mental Health Intake 2/26 | |
| 02/26/2018 | Intake | | Elevated blood-pressure reading, without diagnosis of hypertension |
| | | | Encounter for general adult medical examination without abnormal findings |
| | | | Encounter for screening for cardiovascular disorders |
| | | | Anxiety disorder, unspecified |
| 11/01/2017 | Indirect | Discharge Medication | |
| 10/27/2017 | Nursing | EKG | |
| 10/25/2017 | Indirect | pt came to fast track sick call - requesting to meet/speak with rmsc acting smd about a letter she is trying to obtain a letter ? regarding poison in her food | |
| 10/23/2017 | PsychMeds | Psychiatric Assessment | Uncomplicated bereavement |
| 10/23/2017 | Indirect | Order lab | Functional dyspepsia |
| 10/23/2017 | Indirect | stool studies | |
| 10/22/2017 | MH Visit | MH Clinicians Progress Note | |
| 10/22/2017 | MH Visit | Mental Health Intake 10/19 | Cramp and spasm |
| 10/21/2017 | Sick Call | S/C | Diarrhea |
| 10/19/2017 | Sick Call | SC. | Psychiatric situation |
| 10/19/2017 | Nursing | F/U Nursing BP check | Essential (primary) hypertension |
| 10/17/2017 | Sick Call | [ SICK CALL ] | |

Patient Summary

| Date | Type | Description | Diagnosis |
|---|---|---|---|
| 04/24/2018 | Indirect | contrast | |
| 04/24/2018 | Emergency | Chest Pain | Essential (primary) hypertension |
| 04/24/2018 | Emergency | emergency | Pain, unspecified |
| 04/21/2018 | Sick Call | Chest Pain | Unspecified symptoms and signs involving the musculoskeletal system |
| 04/20/2018 | Emergency | Right shoulderpain and dizziness | Pain in limb |
| | | | Essential (primary) hypertension |
| 04/16/2018 | Fast Track | [ FAST TRACK ] | Hyperkeratosis |
| | | | Other seborrheic keratosis |
| | | | Xerosis cutis |
| 04/11/2018 | MedicalAO | | GENERAL MEDICAL EXAM NEC |
| 04/07/2018 | MH Visit | Mental Health Intake ref 4/4 | |
| 04/04/2018 | MH Visit | Mental Health Intake | |
| 04/03/2018 | MH Visit | Mental Health Intake 3/31 | |
| 03/08/2018 | Optometry | Specialty Clinic opto. | Hypermetropia, bilateral |
| | | | Regular astigmatism, left eye |
| | | | Presbyopia |
| 03/06/2018 | Fast Track | fast track | Diagnosis deferred |
| 03/06/2018 | Gynecology | women's health clinic | FOLLOW-UP VAG PAP SMEAR |
| 03/01/2018 | MH Visit | Mental Health Intake 2/27 | |
| 03/01/2018 | Nursing | BP Check x3 days | |
| 03/01/2018 | Gynecology | women's health clinic | ROUTINE GYN EXAMINATION |
| 02/27/2018 | MH Visit | Mental Health Intake 2/26 | |
| 02/26/2018 | Intake | | Elevated blood-pressure reading, without diagnosis of hypertension |
| | | | Encounter for general adult medical examination without abnormal findings |
| | | | Encounter for screening for cardiovascular disorders |
| | | | Anxiety disorder, unspecified |
| 11/01/2017 | Indirect | Discharge Medication | |
| 10/27/2017 | Nursing | EKG | |
| 10/25/2017 | Indirect | pt came to fast track sick call - requesting to meet/speak with rmsc acting smd about a letter she is trying to obtain a letter ? regarding poison in her food | |
| 10/23/2017 | PsychMeds | Psychiatric Assessment | Uncomplicated bereavement |
| 10/23/2017 | Indirect | Order lab | Functional dyspepsia |
| 10/23/2017 | Indirect | stool studies | |
| 10/22/2017 | MH Visit | MH Clinicians Progress Note | |
| 10/22/2017 | MH Visit | Mental Health Intake 10/19 | |
| 10/21/2017 | Sick Call | S/C | Cramp and spasm |
| 10/19/2017 | Sick Call | SC. | Diarrhea |
| | | | Psychiatric situation |
| 10/19/2017 | Nursing | F/U Nursing BP check | |
| 10/17/2017 | Sick Call | [ SICK CALL ] | Essential (primary) hypertension |

Elizabeth Johnson/Keisha Johnson the 4/18/
head of this movement for messhall
workers for more pay.

On behalf of all messhall workers we
are grieving DOC on 4/13/18 for higher pay,
We are asking DOC to increase our salary to
$100.00 per week with 2 days off. Reason
being messhall workers are doing the most
work for the least amount of pay. This is
our petition

1. Keisha Johnson 3SB Keisha Johnson
2. Elizabeth Johnson 3EB  52/1800363
3. Joanna Preshsiacomo 3EB  24117062512R5
4. Jackety Hernandez -2101800097  3EB
5. Ashanti Miller  600180093  2SA  A. Miller
6. Aponte Nancy  3101800166  3EB  Nagun
7. Nelissa Cordero 3471800096  2SA  M Cordera
8. Ignesha Chapser  4411
9. Fanaly Varque 4110180100 3SB
10) Santyd Zenta  24/1871103
11) Daisy Rivera 2411801533  3SB
12) Heather Rosa  #1512
13) 191800083 35B
14) Tiffany Lawful 2SB 3471800039
15) Ilayla Davis 3SB 4113017H  el.
16) Isabel Burgo 3EA 6101700600

17. Octavia Robinson    1411802188    2EB
18. Ashley C            2101800139
19. Lashley, S          3471701212
20. Wilsane M           3471701212
                        2001800020
21. Vicouri R
22. Lisa Rivera
23. Lauren Valente      2101800074
24. Megan Kelly         6001800105
25. Tyreeka Olley       113170127 1
                        600 1800122
26. RoisiNEli           600 180 0114
27. Kruela Neidaneff    3471800136
28. montanez, Crystal   2411801509
29. Cheyenne Weber      3471800256
30. Ronina Bell         1411801156
31. Kathryne Garag      2101800270
32. Diana Mejia         6001700641
33. Elizabeth Morales   3411801409
34. Angel muli ss,      341-1800 677
35. Melissa Fernandez   6001800162
36. Zu Bigels           347-180-0201
37. Temisha Crum        3601800126
38. Beatriz Henriquez   3471800278
39. Nebahate Berisa
40. Castro, marilyn     3471701033
41. MyrnaTita Bourbon - 241-180-1219-
42. Rosie Cristo        4411607549
43. Jenifer Delgado   - 1411180 2153
44. Kathleen Dunn     - 6001700540
45. Zena Soto         - 1411800087
46. Angela Clemente   -
47. Annie Vuong - 3101800218
48. Sheneyna Gale - 6001800
49. Anwar Jamal    5411702216      3SB
50. Blencha Delancy
51. Zanka Sory
52. Allenasia Adams   3471700029    3SB
53. Toni Wilkew
54. Toomay Cathican   6001800         3SA
55.

77 Shirine Byron 201600128 Shirine Byron
78 Regine Charles 3101800101 R. Charly
79 Bernadette Robinson 3471701174 / need you on my —
80 Sharleen Abraham 1411800928
81 Ashley Xtno 3471800281
82 Meagan Godernote 3471800206 D Vaster
83 Dana Williamson 541800267
84 Melissa Green 6001800133 Melissa Green
85 MARiaRella Diaz 7011700012 Mariarella Diaz
86 Victoria woods 6001800132 Victoria Woods
87 Delgira Lynch 1411707976 Delgira Lynch

88 MYshelle rodriguez 2411801334 MR

89 Jia Jia CHEN 600-18-00113

90 Elizabeth McGee 1411802134 25B ElizabethMcGee

'Mess HALL WORKeR'S FOR MORE PAY.
Prado - 6001800120
93 Elizabeth Sullivan 2SA FoR more Pay
94 -4411701149

95 Vicari ___ 3471802267

96 Rodriguez AMARIE, 6001800115

97 Quinteros Rosa 5411701170X

98 Boskey Joyce 3 East A
99 Clark Terisha 5SA
100 Isabel Morales 5SA 3471700133
101 GEORGANA MEJIA 55A 3471701213
102 Jennifer williams 310 18 0062
103 michelle Carter 1131870399

55. Ms. Cox - Act Program - Program Attendor
56. Abigail Torres   84-44-0-40   84970014   S. Payne
57. Shanel Payne   44118010109
58. Leslie Canales   1000800151
59. Tracy Adams   8.00.1770513   Q. Adams
60. Tisha Bostick   141-1401784   Tracy Frame
61. Tracy Frame   5.4118.000
62. Nadia Williams   54118.0438   G.  Nadia W.
63. Taanika Powell   6001800043   J. Powell
64. Breonna Porter   6001806.198
65. Mitchell, C   3101800245
66. Donel Persad   44118.00767   Q. Persad
67. Gavin S. D   34711800170
68. Abanate Johnson   44116.03774
69. Aysha Marquez   11518003325   Aysha M
70. Ebony Shepherd   3101800238   Ebony Shep W
71. Andrea Walker   34710049   C. Walker
72. Shaquisha Foulks   35118.00046   S. Foulks
73. Alicia Ozeti   1131401168
74. Moof Lee   369.00.030
75. C ·    44118080 AH

```
06/29/2018            New York City Department of Correction      IPTS0100
                        Inmate Property Query Receipt Screen

Inmate Name: JOHNSON,ELIZABETH            BAC: 5411800363         NYSID: 07703955J

   Select a record from the list below - use up/down arrows to navigate

Receipt #      Receipt     Disp.   Disposition    Bag   Property   Storage Location
                Date                   Date       Type  Facility   Bin  Shelf  Slot
----------   -----------   ---    -----------    ---   --------   ----------------
A1703101     02/27/2018    ACT    02/27/2018     B     RMSC       031    4      3
```

**<Help>=Help      <Select>=Select Record     <F18>=Receipt History      <F11>=Exit**

11~10CV1205~

Elizabeth Johnson
                                        Claimant

-Against-

CITY OF NEW YORK,
      D.O.C          Defendant.

**NOTICE OF INTENT**

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**TO COMPROLLER OF THE CITY OF NEW YORK:**

**PLEASE TAKE NOTICE** that the claimant herein hereby makes and claims and demand against the City of New York as follow:

1A
injuries
part
one
see all
midical
records
in BOX

1. The name and address or P.O. Box of the claimant is as follow:

ELIZABETH JOHNSON         11~10CV1205
116 WAKEFIELD AVE
STATEN ISLAND, NY 10314

2. The nature of the claim is as follow:
INJURY #2110 Patient Has Been Seen For the Same
And Came To Clinic with Another Alleged invrament use of
Force with D.O.C staff
3. The time when, the place where, and the manner in which the claim arose:
Broken Arm By the D.O.C captain Roberts #1429
gave order Pay Force And my left Arm is Broken Also
mistreated By medical
4. The terms of damages or injuries claimed are:

The claim and demand is hereby presented for adjustment and payments.

**PLEASE TAKE FURHTER NOTICE,** that by reason of the foregoing, in default of the City of New York to pay the claimant his claim within the time period for compliance with this demand by the City of New York, by the applicable statutes, claimant intends to commence an action against the City of New York, to recover his damages, with interest and cost.

Dated: May 6 2018.

Respectfully,
                    Claimant

I sustained A Broken Arm
By Force when The captain Roberts #1429
Ordered A male officer including a female Officer to Hand cuff
my Hand which was Done with Force, than I yelled in pain "my Hand
And I walked on my tip toes in pain from 4&B to intake pin #5
And they refused to take me To emergency. And they Took me
Back upstairs Once they left I called 311, After That they
Took me Back Downstairs To Do me an x-ray, mind you the
xray was Done the 8TH MAY 8TH monday. Doctor Spencer She's
trying To cover it up saying its an old Ractore But I've Been in,
the D.O.C kitchen with No Problems, No Pain Before the
Incident Cl-1-1-558642118 Cl-1-1-156000 50105
         Cl-1-1-559507497 My claim #s From 311 calls!

# VERIFICATION

STATE OF NEW YORK)
                 ) ss
COUNTY OF  BRONX )


_Elizabeth Johnson_____, being duly sworn, deposes and says:

I am the claimant above named. I have read the foregoing Notice of Claim against the City of New York, and know it contents: the same is true to my own knowledge, except as to those matters I believe them to be true.


                                              _____
                                              Claimant


Sworn to before me this

_16th_ day of __May_____

_____
NOTARY PUBLIC

IA injuries part one Exhibit

take Me Back upstairs once they left I called
911, After that they Turn Me back downstairs two 12
am 2:3 pay mind you the x ray was Done on the 5/6/18

III.   Relief:  State what relief you are seeking if you prevail on your complaint.

Seeking Monetary damages up to the
Sum Five million dollars.

I declare under penalty of perjury that on __5/6/18__ , I delivered this
                                                    (date)
complaint to prison authorities at Rose M Singer Correction to be mailed to the United
                                                    (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/6/18           _____
                        Signature of Plaintiff

                        Rose M Singer center C.o.B
                        Name of Prison Facility or Address if not incarcerated

                        19-19 Hazen Street
                        East Elmhurst N.Y
                        11370
                        Address

                        SU11800363
                        Prisoner ID#

M-10CV 1205                                    7/19/18

United States District Court
Southern District of New York
Pro Se Intake Unit

appeal
Elizabeth Johnson
5411 900 363
Rose M Singer Center
4 B

RECEIVED
AUG 06 2018
PRO SE OFFICE

Dear Sir Madame
    I Elizabeth Johnson writing your office
about the cases I was Violated for by both
Probation and Honorabl Judge williams to Garette
who send me to Jail last Year 9/14/17 on Assult
and Accident Community Service, resticubun payment

Meanwhile: when I was release on ulil17 I told
by the Judge Honorable williams to Garette I
Elizabeth Johnson Most complebe my community serive,
being's my payment up to date, I did pay up
to $13,curco dollars, I most report to bail bond office
every week to sign in I did everything I told by to
do, and did all. But on the 2/26/18 the probation
and Judge Honorable williams to Garrette put me on
another trail for the same cases, that I have serve time
For on 4/2/18 while they put "me" Back in Jail again.

During the trail the prosecutor put the Accident
case up, First by calling the children mother on
the cint, when wasnt with her children during
the Accident, but Miss Eula Extavour went to court
and tesiric against me in Front of the Judge.
    Therefore if you watch the Vidoe She is
no where around the Childer but my lawyer Advice me

to accepect the deal, After watching the vidoe on7/18/18
at Richmond county Court rooms underground.
I aaked my lawyer a Question why you want
me to accepect such heasness Changes; whereby
prosecutor, probation and the Honorable Judge
williams B Garrette process me for Assult. therefore
now I see this vidoe, take this deal with my
legal and proffessoral Advice take the deal to
misdemedon so you can go home to your 4 year old
baby. Because I see the vidoe with you tight Clow
the children mother who testfie against "court"
is not in this vidoe with the children, so now
the prescutor want you take misdemeanor. I Flizbett
johnson accepected it Just to go to my baby girl she
need me and I miss her for the last 6 months.

However: the Second Vidoe footer was seem's in the Court
room underground. miss Karma Ettali witte a false
statement against me, that I Flizabett Johnson beat her
up on 7/12/17 at the social security, office, while she
was working on dutes. However miss Karma Ettali
took some photos and gave it to the DA office in
Staten island as a Evidence that was use against
me at the trail in the Supemer Court in the Court
room. when prescutor present the Assult was.
they present the photos inFmut the Honorable Judge
withams B Garrette. and the probation is were
the Judge Called miss Karma Ettali on the stand,
is were she testfie against me. The prosecutor
haimg's these phtos as indury, from the beating
she miss Karma Ettali brough against me. Now
the vidoe show that I Flizabett Johnson never
touk thus woman who lie and tesfile
against in County 4/16/18.

After seeing the true with my lawyer on the video Footer in the underground court room my lawyer again talk to me to please take the deal as, a disorderly conduct; which both cases will be some as time serve, as the lawyer professional advice. Moreover to my lawyer advice by watching this video I asked why you want me to accept disorderly conduct After everything Miss Karina Brasi put me and my Family through, my lawyer said please Net it been as I. Elizabeth Johnson took the deal.

I. Elizabeth Johnson said it From begining that I Never beat this woman up or to Never in Social Security Office on the 7/12/17. I told my First lawyer mr Meekman Karen that I Never hate this woman even but they Never believe me, but they process me through the court system in Staten Island N.Y Rxhmond county.

Even during to my arrest For this Assult and the accident I do speak the true but No one believe until the video Shows everything. Since 2013 this case with Section (8) which. I was Fule for take a plea deal with money ground Larceny changes in this country today when the prosecutor took me For Section (8) case the Honorable Judge Williams E. Garnette Give me a chance to proved my case but He Send me to Rose m Singer Center For something I Never did in my life before. This is how the Judge was Fule me again to take this Assult and Accident case whereby I Never beat this woman and the children neither was on the

This is the reason why I am informing this court to please request for the vidoe Footer from my lawyer who Name is Miss or Mrs Gina Icco to send the vidoe to this united States District court For a serious evidence against miss Karina Errali, miss Ella Extavour, probation. D.A. of Staten Island, the Honorable Judge williams F. Gamtte of Staten Island New city 10301. my lawyer number is 908 415 9131. Because of this case, my Family who including my 4 Year old daughter begon Homeless, while in Jail the marchel put my Family our @ 116 centrefield, Staten Island N.Y 10314. Thank you in advance and in anticipation For your intervention and consideration in ensuring Justice is done in my case.


Yours FaithFully
Elizabeth
Johnson


before me
This 21st July 2018

[Notary seal: FLORENCE OYEGUN — STATE OF NEW YORK — NOTARY PUBLIC — 02OY6335748 — Qualified in Bronx County — MY COMMISSION EXPIRES 11/18/2020]